Prepared by: Reichle & Smith, P.C.
5629 George Washington Memorial Highway
Yorktown, Virginia 23692

GPIN # 06100280

Pet co # 060635

Consideration: $290,000.00

THIS DEED, made this 7th day of August 2006, by and between **BRADLEY W. SMITH** and **KELLIE A. LIZOTTE-SMITH**, herein known as Grantor; and **ERIC S. MOORE** and **BRENDA MOORE**, party of the second part, herein known as Grantee, whose address for mailing purposes is 462 Waverly Place, Newport News, Virginia 23608.

WITNESSETH: That for and in consideration of Ten Dollars ($10.00) cash in hand paid from the Grantee to the Grantors, and other good and valuable consideration, the receipt of which is hereby acknowledged, the Grantor does hereby grant, sell and convey, with GENERAL WARRANTY and ENGLISH COVENANTS OF TITLE, unto the grantees, husband and wife, as tenants by the entireties with the right of survivorship as at common law, the following described property, to-wit:

STATE TAX $ 225.00
CITY TAX $ 24/67

TAX ID # 06100280

All that certain lot, piece or parcel of land situate, lying and being in the City of Newport News, Virginia, known and designated as Lot Numbered Three (3), as shown on that certain plat entitled, "Colony Pines, Section Nine-A; Newport News, Virginia", made by Alfonso & Associates, Inc., Surveying, Land Development Planning, Newport News, Virginia, and dated January 28, 1992, a copy of which plat is duly recorded in the Clerk's Office of the Circuit Court for the City of Newport News, Virginia, in Deed Book 1269, page 704, to which reference is here made.

More commonly known as 462 Waverly Place, Newport News, Virginia.

Together with all and singular the buildings and improvements thereon, the rights and privileges, tenements, hereditaments, easements and appurtenances unto the said land belonging or in anywise appertaining.

Subject to restrictions, covenants, conditions and easements of record contained in duly recorded deeds, plats and other instruments constituting actual or constructive notice in the chain of title to the property hereby conveyed, which have not expired or have not otherwise become ineffective.

Page 1 of 2



It being the same property conveyed unto the Grantor herein by Deed dated October 11, 1995 from Pascual V. Arances and Alicia T. Arances and recorded in the Clerk's Office of the Circuit Court for the City of Newport News, Virginia in Deed Book 1414 at Page 751.

WITNESS the following signatures and seal.

_____(SEAL)
BRADLEY W. SMITH

_____(SEAL)
KELLIE A. LIZOTTE-SMITH

STATE OF VIRGINIA
CITY/COUNTY OF __York__, To-Wit:

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, whose commission expires on the __30th__ day of __September__, 20__09__, do hereby certify that BRADLEY W. SMITH, who signed his name to the foregoing writing bearing date on the 7th day of August 2006, has acknowledged the same before me in the jurisdiction aforesaid.

GIVEN under my hand this __7th__ day of August 2006.

_____
Notary Public

STATE OF VIRGINIA
COUNTY OF YORK, To-Wit:

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, whose commission expires on the __30th__ day of __September__, 20__09__, do hereby certify that KELLIE A. LIZOTTE-SMITH, who signed her name to the foregoing writing bearing date on the 7th day of August 2006, has acknowledged the same before me in the jurisdiction aforesaid.

GIVEN under my hand this __7th__ day of August 2006.

_____
Notary Public

THIS DEED WAS PREPARED WITHOUT THE BENEFIT OF A TITLE SEARCH TO ASCERTAIN THE CORRECTNESS OF THE CONTENTS HEREIN.