# LAW OFFICES

## OF

## SHAPIRO & BURSON, LLP

John S. Burson (Admitted in MD, VA, & DC)
Gerald M. Shapiro (Admitted in IL and FL)
David S. Kreisman (Admitted in IL)

William M. Savage (Admitted in MD and VA)
Gregory N. Britto (Admitted in MD, VA, and D.C.)
Jason S. Murphy (Admitted in MD and WV)
Kristine D. Brown (Admitted in MD)
Erik W. Yoder (Admitted in MD)
Christine S. Patterson (Admitted in VA)
E. Edward Farnsworth (Admitted in VA)
Susan Brunhuber (Admitted in VA)
Trenita Jackson Stewart (Admitted in VA)
Jullie A. Evasco (Admitted in VA)
William Rountree (Admitted in VA)
Lindsey Kelley (Admitted in VA)

13135 Lee Jackson Highway
Suite 201
Fairfax, VA 22033
Phone: (703) 449-5800
Fax: (703) 449-5850

Suite 215
236 Clearfield Avenue
Virginia Beach, VA 23462
Phone: (757) 687-8777
Fax: (757) 687-8810

December 2, 2010

Joseph F. Verser
Jones, Blechman, Woltz & Kelly, PC
701 Town Center Drive, Suite 800
PO Box 12888
Newport News, Virginia 23612

Re:   Eric S. Moore/BAC Home Loans Servicing, LP
      10-193869D

Dear Mr. Verser:

As per my recent email communication, I have requested an update from our client with regards to their intentions to review your clients for a foreclosure rescission. As of now, I have only received a response that it is still in review. I am still hoping to have a response by the end of the week.

Per your letter of 11/23/10, enclosed please find a copy of the Notice of Acceleration from Bank of America to your clients, a copy of the Lost Note Letter, a copy of the Power of Attorney from BAC Home Loan Servicing LP to Shanna Simmons to execute the Appointment of Substitute Trustee documents, and a copy of the publication affidavit for the sale ad. Please note that we are in possession of the original Note in our office, copy attached.

Please feel free to contact me with any additional questions.



This is a communication from a Debt Collector. Any information obtained maybe used for that purpose.

With best regards, I am

Very truly yours,

Jullie Ann Evasco

This is a communication from a Debt Collector. Any information obtained maybe used for that purpose.