IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
DEC 6 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ERIC S. MOORE, SR., et al,
    Plaintiffs,

v.                      Civil Action No. 4:11cv122

SHAPIRO & BURSON, LLP,
    Defendant,

## ORDER TO SHOW CAUSE

It appears to the Court that no service of the complaint on the defendant SHAPIRO & BURSON, LLP has been effected within 120 days of the filing of the complaint.

Accordingly, it is hereby

ORDERED that within twenty (20) days of the date of this Order, the plaintiffs must show cause, if any, why this civil action should not be dismissed as to SHAPIRO & BURSON, LLP, pursuant to Fed. R. Civ. P. 4(m).

The Clerk is directed to forward a copy of this Order to counsel of record for plaintiff.

Entered this ____ day of December, 2011.

/s/ Arenda L. Wright Allen
United States District Judge