TAX MAP #: 061.00-02-80

MIN: 100024200013350778
MERS Phone: 1-888-679-6377

## ASSIGNMENT

**FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS")**, Assignor herein, its successor and assigns, hereby assigned and transferred to **BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.**, Assignee herein, with an address of c/o **BAC Home Loans Servicing, LP, 400 Countrywide Way, Simi Valley, California 93065-6298**, its successors and assigns, all right, title, and interest in and unto a certain Deed of Trust, dated August 8, 2006 and executed by ERIC S. MOORE, SR. AND BRENDA MOORE to DOUGLAS HUSTOM, Trustee, securing an indebtedness in the original amount of $290,000.00 , and recorded at Instrument Number 2165 PG 0767 , among the land records of the CITY OF NEWPORT NEWS, VA.

✱ HUSTON

Commonly known as 462 WAVERLY PLACE , Newport News, VA

Signed on this __6th__ day of __AUGUST__, 2010

ASSIGNOR: Mortgage Electronic Registration Systems, Inc. ("MERS")

By: _____

(Seal)   Name: SHANNA SIMMONS
Title: VICE PRESIDENT

STATE OF         ) VIRGINIA
COUNTY OF        ) VIRGINIA BEACH

On __AUGUST 6TH 2010__, before me, __JERMAINE NEWTON__, personally appeared __SHANNA SIMMONS__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
Notary Public
My Commission expires:

JERMAINE NEWTON
NOTARY PUBLIC
REGISTRATION # 267098
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JANUARY 31, 2014

PREPARED BY: SHAPIRO & BURSON, LLP
236 Clearfield Avenue,
Suite 215, Virginia Beach, Virginia 23462

SB #10-193869D