0900080l2

TAX MAP #: ~~081-00-02-80~~
061 000280

MIN: 100024200013350778
MERS Phone: 1-888-679-6377

## ASSIGNMENT

**FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS")**, Assignor herein, its successor and assigns, hereby assigns and transfers to COUNTRYWIDE HOME LOANS SERVICING, L.P., Assignee herein, its successors and assigns, all right, title, and interest in and unto a certain Deed of Trust, dated August 8, 2006 and executed by ERIC S. MOORE, SR AND BRENDA MOORE to DOUGLAS HUSTON, securing an indebtedness in the original amount of $290,000.00, and recorded at Instrument Number __2165, page 0767__ - , among the land records of the CITY OF NEWPORT NEWS, VA.

Signed on this _____ day of _____, 2009

ASSIGNOR: Mortgage Electronic Registration Systems, Inc. ("MERS")

(Seal)

By: _____
Name: Serena Harman, Asst. Vice President
Title:

STATE OF ) TEXAS
COUNTY OF ) SS.
COLLIN

On _____, before me, __Teresa Bese__, personally appeared __Serena Harman, Asst. Vice President__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. Witness my hand and official seal.

(Seal)

_____
Notary Public
My Commission expires:

PREPARED BY: SHAPIRO & BURSON, LLP
236 Clearfield Avenue,
Suite 215,
Virginia Beach, Virginia 23462

SB #09-148756D

TERESA L BESE
My Commission Expires
March 5, 2011