090008013

TAX MAP # 061000280

S&B#: 09-148756D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, COUNTRYWIDE HOME LOANS SERVICING, L.P. is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are ERIC S. MOORE, SR AND BRENDA MOORE, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated August 8, 2006, and recorded among the land records of the CITY OF NEWPORT NEWS, Virginia, as Deed Book/instrument number 2165 PAGE 0767, the said "Original Grantor(s)" conveyed to DOUGLAS HUSTON the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

PREPARED BY AND RETURN TO: SHAPIRO & BURSON, LLP          1 of 2
236 CLEARFIELD AVE, SUITE 215
VIRGINIA BEACH, VA 23462

WITNESS the following signature dated APRIL 15 , 2009.

NOTEHOLDER: COUNTRYWIDE HOME LOANS SERVICING, L.P.

(Seal)        By: _Shanna Simmons_
              Name: SHANNA SIMMONS
              Title Attorney-In-Fact

STATE OF        ) VIRGINIA
COUNTY OF       ) SS.  VIRGINIA BEACH

On  APRIL 15, 2009 , before me,  JERMAINE NEWTON , personally appeared  SHANNA SIMMONS  personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_Jermaine Newton_
Notary Public
My Commission expires:

JERMAINE NEWTON
Notary Public
(Seal) Commonwealth of Virginia
267098
My Commission Expires Jan 31, 2010

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

2 of 2