TAX MAP # 061.00-02-80                    S&B#: 10-193869D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"). GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>ERIC S. MOORE, SR. AND BRENDA MOORE</u>, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>August 8, 2006</u>, and recorded among the land records of the <u>CITY OF NEWPORT NEWS</u>, Virginia, as Deed Book/Instrument number <u>2165 PG 0767</u>, the said "Original Grantor(s)" conveyed to <u>DOUGLAS HUSTON</u> the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

WITNESS the following signature dated AUGUST 6TH, 2010.

NOTEHOLDER: BAC HOME LOANS SERVICING, LP F/K/A/ COUNTRYWIDE HOME LOANS SERVICING, L.P.

By: _[signature]_

(Seal)

Name: SHANNA SIMMONS
Title: ATTORNEY-IN-FACT

STATE OF ) VIRGINIA
COUNTY OF ) VIRGINA BEACH

On AUGUST 6TH 2010, before me, JERMAINE NEWTON, personally appeared SHANNA SIMMONS personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary seal: JERMAINE NEWTON, NOTARY PUBLIC, REGISTRATION # 287098, COMMONWEALTH OF VIRGINIA, MY COMMISSION EXPIRES JANUARY 31, 2014]

Witness my hand and official seal.

_[signature]_
Notary Public
My Commission expires:

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

File 10-193869D

PREPARED BY: SHAPIRO & BURSON, LLP
236 CLEARFIELD AVE, SUITE 215
VIRGINIA BEACH, VA 23462

[Stamp: NEWPORT NEWS CIRCUIT COURT, REX A. DAVIS, CLERK, BY _[signature]_; 2010 OCT 18 PM 12:21; DOC. NO. 100015863]