**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| **ERIC S. MOORE, SR., et al.**, | * |
| | * |
| Plaintiff, | * |
| v. | *  Civil Action No: 4:11-cv-122 |
| | * |
| **LAW OFFICES OF** | * |
| **SHAPIRO & BURSON, LLP** | * |
| | * |
| Defendants. | * |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Shapiro & Burson, LLP, in the above captioned action, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully Submitted,
**SHAPIRO & BURSON, LLP**
Defendants, by counsel

By:   /s/ Bizhan Beiramee
Bizhan Beiramee, Esquire, VSB #50918
Bizhan Beiramee, Esq., P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:    (703) 483-9599
Email: bbeiramee@beiramee.com
*Counsel for the Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Joseph F. Verser, Esq.
>Jones, Blechman, Woltz & Kelly, P.C.
>701 Town Center Drive, Suite 800
>P.O. Box 12888
>Newport News, Virginia 23612-2888
>Counsel for the Plaintiffs
>
>By: /s/ Bizhan Beiramee_____
>Bizhan Beiramee

4838-9636-0206, v. 1