IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

ERIC S. MOORE, et al.,

    **Plaintiffs,**

v.                                            CASE NO. **4:11-cv-00122-AWA-TEM**

SHAPIRO & BURSON, LLP,

    **Defendant.**

## PLAINTIFFS' AMENDED SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

    COMES NOW the Plaintiffs, by counsel, and amends their second motion for an enlargement of time in which to respond to the Defendant's Motion to Dismiss. Shortly after Plaintiffs filed their motion on January 24, 2012, Defendant's counsel was reached and consented to the enlargement. The Defendant requested, and the Plaintiff agreed, that the Defendant's reply brief will be due on February 17, 2012. Having obtained the consent of the Defendant, the Plaintiff electronically files a fully endorsed proposed consent order together with this pleading. The original is now circulating and Plaintiff will file the original endorsed order with the court as soon as possible.

                                                  Respectfully submitted,

                                                  Eric Moore,

                                                  _____/s/_____
                                                  Susan M. Rotkis, VSB #40693
                                                  Leonard A. Bennett, VSB#37523
                                                  Counsel for the Plaintiff
                                                  CONSUMER LITIGATION ASSOCIATES, P.C.

        763 J. Clyde Morris Blvd., Suite 1-A
        Newport News, VA 23601
        Tel:    757-930-3660
        Fax:   757-930-3662
        srotkis@clalegla.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Bizhan Beiramee, Esquire (VSB # 50918)
Bizhan Beiramee, Esquire, P.C.
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Email: bbeiramee@beiramee.com

   *Counsel for Defendant*

                           /s/
                          Susan M. Rotkis
                          Counsel for the Plaintiff
                          CONSUMER LITIGATION ASSOCIATES, P.C.
                          763 J. Clyde Morris Blvd., Suite 1-A
                          Newport News, VA 23601
                          Tel:    757-930-3660