# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| ERIC S. MOORE, SR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:11cv122 |
| ) | |
| SHAPIRO & BURSON, LLP, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION TO CONSOLIDATE

Plaintiffs, by counsel, file this motion to consolidate *Andrade, et al. v. Shapiro & Burson, LLP, et al.*, Civil No. 2:11-cv-523 (E.D. Va. 2011) and *Waters-Levy v. Law Offices of Shapiro & Burson, LLP*, Civil No. 1:11-cv-1192 (E.D. Va. 2011) with this case for the reasons delineated in their memorandum filed contemporaneously herewith.

Respectfully submitted,
**PLAINTIFFS MOORE,** *et al.*

_____/s/_____
Leonard A. Bennett, VSB#37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Tel:   757-930-3660
Fax:   757-930-3662
lenbennett@cox.net
srotkis@clalegal.com

Joseph Franklin Verser
HEATH LAW, P.L.C.
11832 Rock Landing Drive, Suite 201
Newport News, VA 23601
Tel:   757-243-1464
Fax:   757-599-0735
jverser@heathlawplc.com

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of February 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Bizhan Beiramee  
Bizhan Beiramee, Equire, P.C.  
6663 B Old Dominion Drive, 3rd Floor  
McLean, Virginia 22101  
Tel:    703-483-9600  
Fax:    703-483-9599  
bbeiramee@beiramee.com

*Counsel for the Defendant*

                                              /s/  
                              Leonard A. Bennett, VSB#37523  
                              *Counsel for the Plaintiffs*  
                              CONSUMER LITIGATION ASSOCIATES, PC  
                              763 J Clyde Morris Boulevard, Suite 1A  
                              Newport News, VA 23601  
                              Tel:    757-930-3660  
                              Fax:    757-930-3662  
                              lenbennett@cox.net