IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| BRENDA MOORE, et al. )<br>     Plaintiffs, )<br>  v. )<br>      )<br>SHAPIRO & BURSON, LLP )<br>     Defendant. ) | Civil Action No. 4:11-cv-00122 |

## **NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Kristi C. Kelly as counsel for the Plaintiffs, Brenda Moore and Eric S. Moore, Sr., in the above-captioned matter.

SUROVELL ISAACS PETERSEN & LEVY, PLC.

_____/s/_____
Kristi C. Kelly, Esq., VSB # 72791
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
kkelly@siplfirm.com
*Counsel for Brenda Moore, et al.*

DATED: April 13, 2012

1

<u>Certificate of Service</u>

I hereby certify that on this 13th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to the following parties:

Bizhan Beiramee
Bizhan Beiramee, Esquire, P.C.
6663 Old Dominion Drive, Third Floor
McLean, Virginia 22101
Tel: 703-483-9600
Fax: 703-483-9599
bbeiramee@beiramee.com

John C. Lynch
Ethan G. Ostroff
Troutman Sanders, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel: 757-687-7541
Fax: 757-687-1541
John.lynch@troutmansanders.com
Ethan.ostroff@troutmansanders.com

_____/s/_____
Kristi C. Kelly, Esq., VSB # 72791
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
kkelly@siplfirm.com
*Counsel for Brenda Moore, et al.*