# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

ERIC S. MOORE, *et al.*,

    Plaintiffs,

v.

SHAPIRO & BURSON, LLP,

    Defendant.

Civil Action No. 4:11cv122 LEAD

---

SANDRA WATERS-LEVY,

    Plaintiff,

v.

LAW OFFICES OF SHAPIRO & BURSON, LLP,

    Defendant.

Civil Action No. 4:12cv45

---

CHRISTIAN ANDRADE, *et al.*,

    Plaintiffs,

v.

SHAPIRO & BURSON, LLP,

    Defendant.

Civil Action No. 2:11cv523

### PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME
### TO FILE JULY 13, 2012 STATUS REPORT

On April 19, 2012 (Docket Entry 31), the Court entered an Order consolidating these three proceedings for pretrial and settlement purposes.  The Court ordered the parties to file Joint Status Reports every thirty days beginning on July 13, 2012 to advise the Court of the status of mediation efforts.

The Parties, by counsel, have conferred on multiple occasions, alone as well as through Hon. Dennis W. Dohnal (Ret.), as private mediator.  Given the complexities in such process as well as the continuing efforts to reach a shared position for statement to the Court, Plaintiff asks for an enlargement of time of Two weeks until July 27, 2012, for the Parties to provide a more complete initial status report.  By that date Plaintiffs believe they will be better able to correctly advise the Court as to the viability of the continuing effort to mediate a resolution to these cases.

Defendant has consented to such enlargement.

This motion is made after consultation with and at the suggestion of Judge Dohnal.


RESPECTFULLY SUBMITTED:

_____/s/_____
Leonard A. Bennett (VSB #37523)
Matthew J. Erausquin (VSB # 65434)
CONSUMER LITIGATION ASSOCIATES P.C
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@clalegal.com
matt@clalegal.com


Matthew J. Erausquin, VSB# 65434
Leonard A. Bennett, VSB# 37523
*Counsel for the Plaintiffs*

CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:	(703) 273-7770
Fax:	(888) 892-3512
matt@clalegal.com
lenbennett@clalegal.com

Dale W. Pittman, VSB# 15673
*Counsel for the Plaintiffs*
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel:	(804) 861-6000
Fax:	(804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, VSB# 72791
*Counsel for the Plaintiffs*
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel:	(703) 277-9774
Fax:	(703) 591-9285
kkelly@siplfirm.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 13th day of July 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John C. Lynch (VSB No. 39267)
*Counsel for Defendant*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor

McLean, Virginia 22101
Phone: (703) 483-9600
Fax:    (703) 483-9599
Email: bbeiramee@beiramee.com

*Counsel for Defendant*

                                  /s/
Leonard A. Bennett (VSB #37523)
Matthew J. Erausquin (VSB # 65434)
CONSUMER LITIGATION ASSOCIATES P.C
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@clalegal.com
matt@clalegal.com