

FILED
AUG 1 3 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

ERIC S. MOORE, et al.,

    Plaintiffs,

v.   Civil Action No. 4:11-cv-122
    LEAD

SHAPIRO & BURSON, LLP

    Defendant.

---

SANDRA WATERS-LEVY,

    Plaintiffs,

v.   Civil Action No. 4:11-cv-45

LAW OFFICES OF SHAPIRO & BURSON, LLP

    Defendant.

---

CHRISTIAN ANDRADE, et al.,

    Plaintiffs,

v.   Civil Action No. 2:11-cv-523

SHAPIRO & BURSON, LLP

    Defendant.

---

## PROPOSED CONSENT ORDER

Before the Court is the Consent Motion for Stay filed by Plaintiffs ("Plaintiffs") with the consent of Defendants Shapiro, Brown & Alt, LLP ("SB&A"). Upon the agreement of the parties and for good cause appearing, it is hereby

ORDERED that the Consent Motion for Stay is GRANTED.

Entered this _____ of August 2012

_____
Judge, United States District Court for the
Eastern District of Virginia

WE ASK FOR THIS:

*[signature]*

Kristi Cahoon Kelly, Esq. (VSB #72791)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com

Leonard Anthony Bennett, Esq. (VSB #37523)
Susan Mary Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Email: srotkis@clalegal.com

Matthew James Erausquin, Esq. (VSB #65434)
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq. (VSB #15673)
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiff*

WE CONSENT:

*[signature]*

Bizhan Beiramee, Esq.   VSB 50918
Beiramee & Cohen PC
6663 B Old Dominion Dr
Third Floor
McLean, VA 22101

3

(703) 483-9600
Fax: (703) 483-9599
Email: bbeiramee@beiramee.com

Matthew Daniel Cohen, Esq.
Bieramee & Cohen PC
6663 B Old Dominion Dr
Third Floor
McLean, VA 22101
703-483-9595
Fax: 703-9599
Email: mcohen@beiramee.com

John C. Lynch, Esq.
Troutman Sanders, LLP
222 Central Park Ave.
Suite 200
Virginia Beach, VA 23462
(757) 687-7541
Fax: (757) 687-1541
john.lynch@troutmansanders.com
*Counsel for Defendant*

*Counsel for Defendants*

4