# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

ERIC S. MOORE, *et al.*,

    Plaintiffs,

v.

SHAPIRO & BURSON, LLP,

    Defendant.

Civil Action No. 4:11cv122 LEAD

---

SANDRA WATERS-LEVY,

    Plaintiff,

v.

LAW OFFICES OF SHAPIRO & BURSON, LLP,

    Defendant.

Civil Action No. 4:12cv45

---

CHRISTIAN ANDRADE, *et al.*,

    Plaintiffs,

v.

SHAPIRO & BURSON, LLP,

    Defendant.

Civil Action No. 2:11cv523

---

20161781v1

## JOINT STATUS REPORT

On April 19, 2012 (Docket Entry 31), the Court entered an Order consolidating these three proceedings for pretrial and settlement purposes, which also requires the parties to file Joint Status Reports every thirty days beginning on July 13, 2012 to advise the Court of the status of mediation efforts. On November 2, 2012 (Docket Entry 43), the Court entered an Order staying the cases for 90 days and required the parties to continue to file monthly status reports.

The parties jointly submit the following status report:

1. The parties held an in-person mediation session with Judge Dohnal on October 4, 2012.

2. The parties were granted a 90 day stay of the proceedings to pursue mediation efforts on November 2, 2012.

3. The parties are currently attempting to schedule another mediation date and are committed to the mediation process, including working together on exchanging information and documents in a manner aimed at facilitating the mediation process.

4. The parties will continue to file their Joint Status Reports every thirty (30) days to advise the Court of the status of mediation efforts.

**Shapiro & Burson, LLP, Shapiro, Brown & Alt, LLP, and Professional Foreclosure Corporation of Virginia**

By: ___/s/ John C. Lynch_____
      Of Counsel

John C. Lynch (VSB No. 39267)
Megan E. Burns (VSB 35883)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendants*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000

Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:     (703) 483-9599
Email: bbeiramee@beiramee.com


**Plaintiffs:**

**By:** ____/s/ Susan M. Rotkis_____
            Of Counsel

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, Virginia 23606
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

Matthew J. Erausquin
Janelle Elene Mason
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 23606
E-mail: matt@clalegal.com
E-mail: janelle@clalegal.com

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23908
E-mail: dale@pittmanlawoffices.com

Kristi Cahoon Kelly
Andrew Joseph Guzzo
Surovell Isaacs Petersen & Levy PC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
E-mail: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiffs**
Susan M. Rotkis, Esq.
Matthew J. Erausquin, Esq.
Leonard A. Bennett, Esq.
Janelle Elene Mason, Esq
CONSUMER LITIGATION ASSOCIATES P.C
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Phone: (703) 273-7770; Fax: (888) 892-3512
matt@clalegal.com
lenbennett@clalegal.com
srotkis@clalegal.com
janelle@clalegal.com

Dale W.Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000; Fax: (804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq.
Andrew Joseph Guzzo, Esq.
Surovell Isaacs Petersen & Levy PC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Tel: (703)-251-5400 ; Fax: (703)-541-9205
E-mail: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

Joseph Franklin Verser
Heath Law, P. L. C.
11832 Rock Landing Dr
Suite 201
Newport News, VA 23601
Tel: (757) 243-1464 ; Fax: (757) 599-0735
jverser@heathlawplc.com

**Counsel for GMAC Mortgage and Federal Home Loan Mortgage Corporation**
Robert Ryland Musick
Thompson McMullan PC
100 Shockoe Slip, 3rd Fl
Richmond, VA 23219-4140
Tel: (804) 649-7545 ; Fax: (804) 780-1813
bmusick@t-mlaw.com

William Woodul Tunner
Thompson McMullan PC
100 Shockoe Slip, 3rd Fl
Richmond, VA 23219-4140
Tel: (804) 698-6205; Fax: (804)780-1813
wtunner@t-mlaw.com

    /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

20161781v1