# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

ERIC S. MOORE, *et al.*,

    Plaintiffs,

v.                                                                Civil Action No. 4:11cv122
                                                                  LEAD

LAW OFFICES OF SHAPIRO & BURSON, LLP,

    Defendant.

---

SANDRA WATERS-LEVY,

    Plaintiff,

v.                                                                Civil Action No. 4:12cv45

LAW OFFICES OF SHAPIRO & BURSON, LLP,

    Defendant.

---

CHRISTIAN ANDRADE, *et al.*,

    Plaintiffs,

v.                                                                Civil Action No. 2:11cv523

SHAPIRO & BURSON, LLP, et al.,

    Defendants.

---

VALENTINA GUDYM,

    Plaintiff,

v.                                                                                                          Civil Action No. 4:12cv85

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP,
*et al*.

    Defendants.

---

GLENN T. MACNAUGHTON,

    Plaintiff,

v.                                                                                                          Civil Action No. 4:12cv95

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP,
*et al*.

    Defendants.

---

IMMER E. CAMPOS-CARRANZA,

    Plaintiff,

v.                                                                                                          Civil Action No. 4:12cv94

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP,
*et al*.

    Defendants.

20161781v1

## JOINT STATUS REPORT

On April 19, 2012 (Docket Entry 31) and August 17, 2012 (Docket Entry 37), the Court entered an Order consolidating these six proceedings for pretrial and settlement purposes, which also requires the parties to file Joint Status Reports every thirty days beginning on July 13, 2012 to advise the Court of the status of mediation efforts.

The parties submit the following status report:

1. The parties held an in-person mediation session with Judge Dohnal on October 4, 2012.

2. On November 2, 2012, the parties were granted a 90 day stay of the proceedings to pursue mediation efforts.

3. On November 13, the parties filed a joint status report and informed the Court they were attempting to schedule another mediation date and are committed to the mediation process, including working together on exchanging information and documents in a manner aimed at facilitating the mediation process.

**Plaintiffs' Position**

4. It is the Plaintiffs' position that the stay in this matter should be lifted. Mediation with the Defendants has been ineffective and the Plaintiffs do not believe that the Defendants intend to mediate or resolve these cases through a settlement at this time.  laintiffs do not believe any progress has been made since the last status report and the parties are no longer engaged in settlement discussions. There are no other mediation dates scheduled between the parties. The Plaintiffs respectfully requests that the Court lift the stay and set these matters for a status conference at the Court's first convenience.

**Defendants' Position**

5.     Defendants believe the stay should remain in place and that progress has been made toward a resolution of this matter. Defendants remain engaged with and committed to the mediation process with Judge Dohnal. However, a class action lawsuit was filed against Defendants in the Richmond Division (*Boyd et al. v. Law Offices of Shapiro, Brown & Alt, LLP, et al.*, Civil Action No: 3:12-cv-700-REP) the afternoon before the mediation session with Judge Dohnal, which is a prime example of forum shopping and gamesmanship. A motion to transfer venue and consolidate for pretrial and settlement purposes will be filed shortly in *Boyd*. Defendants contend venue in the *Boyd* case should be transferred and it should be consolidated into *Moore* in the interests of justice, judicial economy, avoiding unnecessary inconvenience and cost, as well as to avoid prejudice and the likelihood of inconsistent rulings. After venue is transferred, Defendants submit their forthcoming motion to dismiss should be ruled upon in order to narrow the claims in *Boyd*, a decision which Defendants believe will further facilitate mediation and settlement. Defendants respectfully request that the Court continue to stay this matter until, at a minimum, the venue and dismissal motions in *Boyd* are ruled upon. Defendants want to and will continue to engage in settlement discussions with Plaintiffs under the supervision of Judge Dohnal.

6.     The parties will continue to file their Joint Status Reports every thirty (30) days to advise the Court of the status of mediation efforts.

        **Shapiro & Burson, LLP, Shapiro, Brown & Alt, LLP, and Professional Foreclosure Corporation of Virginia**

        By: \_\_\_/s/ John C. Lynch_____
            Of Counsel

John C. Lynch (VSB No. 39267)
Megan E. Burns (VSB 35883)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendants*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:    (703) 483-9599
Email: bbeiramee@beiramee.com


**Plaintiffs:**

**By:** ___/s/ Susan M. Rotkis_____
         Of Counsel

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, Virginia 23606
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

Matthew J. Erausquin
Janelle Elene Mason
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 23606
E-mail: matt@clalegal.com
E-mail: janelle@clalegal.com

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23908
E-mail: dale@pittmanlawoffices.com

Kristi Cahoon Kelly
Andrew Joseph Guzzo
Surovell Isaacs Petersen & Levy PC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
E-mail: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

6

20161781v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiffs**
Susan M. Rotkis, Esq.
Matthew J. Erausquin, Esq.
Leonard A. Bennett, Esq.
Janelle Elene Mason, Esq
CONSUMER LITIGATION ASSOCIATES P.C
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Phone: (703) 273-7770; Fax: (888) 892-3512
matt@clalegal.com
lenbennett@clalegal.com
srotkis@clalegal.com
janelle@clalegal.com

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000; Fax: (804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq.
Andrew Joseph Guzzo, Esq.
Surovell Isaacs Petersen & Levy PC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Tel: (703)-251-5400 ; Fax: (703)-541-9205
E-mail: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

Joseph Franklin Verser
Heath Law, P. L. C.
11832 Rock Landing Dr
Suite 201
Newport News, VA 23601
Tel: (757) 243-1464 ; Fax: (757) 599-0735
jverser@heathlawplc.com

20161781v1

**Counsel for GMAC Mortgage and Federal Home Loan Mortgage Corporation**
Robert Ryland Musick
Thompson McMullan PC
100 Shockoe Slip, 3rd Fl
Richmond, VA 23219-4140
Tel: (804) 649-7545 ; Fax: (804) 780-1813
bmusick@t-mlaw.com

William Woodul Tunner
Thompson McMullan PC
100 Shockoe Slip, 3rd Fl
Richmond, VA 23219-4140
Tel: (804) 698-6205; Fax: (804)780-1813
wtunner@t-mlaw.com

/s/ John C. Lynch
John C. Lynch (VSB No. 39267)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

20161781v1