IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| INMER E. CAMPOS-CARRANZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:12-cv-94-MSD-TEM |
| ) | |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF DISMISSAL OF HELMAND INVESTMENT, LLC

Plaintiff, Inmer E. Campos-Carranza, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of its voluntary dismissal from this action of Helmand Investment, LLC without prejudice.

Respectfully submitted,

INMER CAMPOS-CARRANZA

/s/
Kristi Cahoon Kelly, Esq. (VSB #72791)
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Second Floor
Fairfax, VA  22030
Phone:  (703) 251-5400
Fax:  (703) 591-9285
Email:  kkelly@siplfirm.com

>Leonard Anthony Bennett, Esq. (VSB #37523)
>Susan Mary Rotkis, Esq. (VSB #40693)
>CONSUMER LITIGATION ASSOCIATES
>763 J Clyde Morris Boulevard, Suite 1A
>Newport News, VA 23601
>Phone: (757) 930-3660
>Fax: (757) 930-3662
>Email: lenbennett@clalegal.com
>Email: srotkis@clalegal.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

>Bizhan Beiramee, Esq.
>BEIRAMEE & COHEN PC
>6663 B Old Dominion Drive
>Third Floor
>McLean, VA 22101
>Phone: (703) 483-9600
>Fax: (703) 483-9599
>Email: bbeiramee@beiramee.com
>
>John C. Lynch, Esq.
>Megan E. Burns, Esq.
>Ethan G. Ostroff, Esq.
>TROUTMAN SANDERS LLP
>P.O. Box 61185
>222 Central Park Ave., Suite 2000
>Virginia Beach, VA 23462
>Phone: (757) 687-7778
>Fax: (757) 687-1552
>Email: megan.burns@troutmansanders.com
>Email: john.lynch@troutmansanders.com
>Email: ethan.ostroff@troutmansanders.com
>*Counsel for Defendants Shapiro Brown & Alt, LLP, and Professional Foreclosure Corporation of Virginia*

Robert Ryland Musick, Esq.
William Woodul Tunner, Esq.
THOMPSON MCMULLAN PC
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219-4140
Phone: (804) 649-7545
Fax: (804) 780-1813
Email: bmusick@t-mlaw.com
Email: wtunner@t-mlaw.com
*Counsel for Federal Home Loan Mortgage Corporation, and GMACMortgage, LLC*


      /s/
Kristi Cahoon Kelly, Esq. (VSB #72791)
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Second Floor
Fairfax, VA 22030
Phone: (703) 251-5400
Fax: (703) 591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiff*