UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

ERIC S. MOORE, *et al.*,

    Plaintiffs,

v.

LAW OFFICES OF SHAPIRO & BURSON, LLP,

    Defendant.

Civil Action No. 4:11cv122
LEAD

---

SANDRA WATERS-LEVY,

    Plaintiff,

v.

LAW OFFICES OF SHAPIRO & BURSON, LLP,

    Defendant.

Civil Action No. 4:12cv45

---

CHRISTIAN ANDRADE, *et al.*,

    Plaintiffs,

v.

SHAPIRO & BURSON, LLP, et al.,

    Defendants.

Civil Action No. 2:11cv523

---

2

VALENTINA GUDYM,

    Plaintiff,

v.                                                                                                     Civil Action No. 4:12cv85

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP,
*et al*.

    Defendants.

---

GLENN T. MACNAUGHTON,

    Plaintiff,

v.                                                                                             Civil Action No. 4:12cv95

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP,
*et al*.

    Defendants.

---

IMMER E. CAMPOS-CARRANZA,

    Plaintiff,

v.                                                                                             Civil Action No. 4:12cv94

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP,
*et al*.

    Defendants.

---

20270196v1

**JOINT STATUS REPORT**

On April 19, 2012 (Docket Entry 31) and August 17, 2012 (Docket Entry 37), the Court entered an Order consolidating these six proceedings for pretrial and settlement purposes, which also requires the parties to file Joint Status Reports every thirty days beginning on July 13, 2012 to advise the Court of the status of mediation efforts.

The parties submit the following status report:

1. The parties held an in-person mediation session with Judge Dohnal on October 4, 2012.

2. On November 2, 2012, the parties were granted a 90 day stay of the proceedings to pursue mediation efforts.

3. On December 13, 2012, the parties filed a joint status report and informed the Court of their respective positions concerning the stay and mediation status, as well as the filing of a class action lawsuit was filed by counsel for Plaintiffs against Defendants in the Richmond Division (*Boyd et al. v. Law Offices of Shapiro, Brown & Alt, LLP, et al.*, Civil Action No: 3:12-cv-700-REP (hereinafter "*Boyd*"))

**Plaintiffs' Position**

4. Despite the efforts of Plaintiffs, their counsel and Judge Dohnal, Defendants have yet to make a meaningful effort at settlement. They have refused to make any offer – meaningful or otherwise. Plaintiffs and their counsel remain ready and willing to mediate and have expressed their position to Judge Dohnal. Indeed, even in their position herein, Defendants do not suggest that the stay continue in order to facilitate settlement, but instead in order to permit Defendants an attempt to transfer the venue of a Richmond Division case, with almost exclusively Richmond Division Plaintiffs seeking equitable and declaratory determinations as to

20270196v1

exclusively Richmond Division real property.  Therefore - the Defendant's allegations of supposed "forum shopping" ring hollow, and Plaintiffs would encourage the court to look skeptically on the aspersions made by the pot with regard to the kettle.

But Plaintiffs' position can be stated simply:  As the Defendants apparently place much weight on the motions now pending before Judge Payne in the *Boyd* matter both as to the direction of mediation as well as issues to be determined in this case, plaintiffs agree.  They consent to a continued stay of litigation in this matter until 30 days after the motions to transfer and to dismiss the case are ruled upon in the *Boyd* matter.

**Defendants' Position**

5.     Defendants continue to believe the stay should remain in place.  Defendants remain engaged with and committed to the mediation process with Judge Dohnal.  Defendants are awaiting individual settlement demands on the specific cases that have been filed and are stayed pending mediation. The *Boyd* class action lawsuit was filed against Defendants in the Richmond Division the afternoon before the mediation session with Judge Dohnal in October 2012, which is a prime example of forum shopping.  Defendants filed a motion to transfer venue and consolidate for pretrial and settlement purposes in *Boyd* on December 24, 2012.  Plaintiffs have obtained two extensions of time to file their response to this motion, which is now currently due January 29, 2013, with Defendants' reply now due February 7, 2013.  Defendants contend venue in the *Boyd* case should be transferred and it should be consolidated into *Moore* in the interests of justice, judicial economy, avoiding unnecessary inconvenience and cost, as well as to avoid prejudice and the likelihood of inconsistent rulings.  After venue is transferred, Defendants submit their forthcoming motion to dismiss should be ruled upon in order to narrow the claims in *Boyd*, a decision which Defendants believe will further facilitate mediation and settlement.

Defendants respectfully request that the Court continue to stay this matter until, at a minimum, the venue and forthcoming dismissal motions in *Boyd* are ruled upon, which rulings Defendants believe will help to narrow the case and help to crystallize the core issues for both parties in their efforts to mediate this dispute. Defendants want to and will continue to engage in settlement discussions with Plaintiffs under the supervision of Judge Dohnal.

6. The parties will continue to file their Joint Status Reports every thirty (30) days to advise the Court of the status of mediation efforts.

**Shapiro & Burson, LLP, Shapiro, Brown & Alt, LLP, and Professional Foreclosure Corporation of Virginia**

By: ___/s/ John C. Lynch_____
      Of Counsel

John C. Lynch (VSB No. 39267)
Megan E. Burns (VSB 35883)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendants*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:    (703) 483-9599
Email: bbeiramee@beiramee.com

**Plaintiffs:**

By: ___/s/ Janelle E. Mason_____

Of Counsel

Leonard A. Bennett, VSB No. 37523
Susan M. Rotkis, VSB No. 40693
*Counsel for the Plaintiff*
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:  (757) 930-3660
Fax:  (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Matthew J. Erausquin, VSB No. 65434
Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiffs*
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:  (703) 273-7770
Fax:  (888) 892-3512
matt@clalegal.com
janelle@clalegal.com

Dale W. Pittman, VSB No. 15673
*Counsel for the Plaintiff*
The Law Office Of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel:  (804) 861-6000
Fax:  (804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
*Counsel for the Plaintiff*
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel:  (703) 277-9774
Fax:  (703) 591-9285
kkelly@siplfirm.com
aguzzo@siplfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2013 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiffs**
Susan M. Rotkis, Esq.
Matthew J. Erausquin, Esq.
Leonard A. Bennett, Esq.
Janelle Elene Mason, Esq
CONSUMER LITIGATION ASSOCIATES P.C
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Phone: (703) 273-7770; Fax: (888) 892-3512
matt@clalegal.com
lenbennett@clalegal.com
srotkis@clalegal.com
janelle@clalegal.com

Dale W.Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000; Fax: (804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq.
Andrew Joseph Guzzo, Esq.
Surovell Isaacs Petersen & Levy PC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Tel: (703)-251-5400 ; Fax: (703)-541-9205
E-mail: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

Joseph Franklin Verser
Heath Law, P. L. C.
11832 Rock Landing Dr
Suite 201
Newport News, VA 23601
Tel: (757) 243-1464 ; Fax: (757) 599-0735
jverser@heathlawplc.com

7

**Counsel for GMAC Mortgage and Federal Home Loan Mortgage Corporation**
Robert Ryland Musick
Thompson McMullan PC
100 Shockoe Slip, 3rd Fl
Richmond, VA 23219-4140
Tel: (804) 649-7545 ; Fax: (804) 780-1813
bmusick@t-mlaw.com

William Woodul Tunner
Thompson McMullan PC
100 Shockoe Slip, 3rd Fl
Richmond, VA 23219-4140
Tel: (804) 698-6205; Fax: (804)780-1813
wtunner@t-mlaw.com


    /s/ Janelle E. Mason
Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiffs*
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:   (888) 892-3512
janelle@clalegal.com