UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



BRENDA MOORE
    Plaintiff,

v.                                                                                  CIVIL ACTION NO.: 4:11cv122

SHAPIRO BROWN, LLP,

    Defendant.


SHELAGH PAYNE
    Plaintiff,

v.                                                                                  CIVIL ACTION NO.:4:12cv87

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP
F/K/A LAW OFFICES OF SHAPIRO & BURSON, LLP.

and

PROFESSIONAL FORECLOSURE CORPORATION
OF VIRGINIA

    Defendants.

## CONSOLIDATION ORDER

Before the Court are the above-styled cases which were filed on separate dates in the Newport News Division of this Court. On November 2, 2012, the Court stayed all litigation pending mediation in Civil Action 4:12cv87. The parties having failed to resolve this case through mediation, it is

**ORDERED**, that the stay is hereby **LIFTED**.

Rule 42 of the Federal Rules of Civil Procedure reads, in relevant part: "[w]hen actions

involving a common question of law or fact are pending before the court, ...it may order all actions consolidated." FED. R. CIV. P. 42(a). "In addition, a district court must consider the interest of judicial economy as well as the interest of the parties in a fair and impartial procedure." *In re MicroStrategy Inc. Securities Litigation*, 110 F.Supp.2d 427, 431 (E.D. Va.2000) (citing *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1285 (2d Cir.1990)). "In that regard, courts considering whether to order consolidation must determine whether 'the specific risks of prejudice and possible confusion [from consolidation are] overborne by the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources posed by multiple lawsuits, the length of time required to conclude multiple suits as against a single one, and the relative expense to all concerned.'" *Id.* (citing *Arnold v. Eastern Air Lines Inc.*, 681 F.2d 186, 193 (4th Cir.1982)). District courts enjoy wide discretion under Rule 42(a) to consolidate actions pending in the same district. *A/S J. Ludwig Mowinckles Rederi v. Tidewater Constr. Corp.*, 559 F.2d 928, 933 (4th Cir. 1977); *See generally* 9 Wright & Miller, *Federal Practice and Procedure* §§ 2384, at 272 (1971). The Court finds that these cases involve common questions of law and fact and other considerations support consolidation. Accordingly, it is **ORDERED** that Civil Action 4:12 cv 87 is consolidated for purposes of litigation with Civil Action No.: 4:11cv122.

The Clerk is **DIRECTED** to send a copy of this Order to all parties.

*IT IS SO ORDERED.*

/s/

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
June 24, 2013